Argued and submitted January 6, 2000, decision of Court of Appeals affirmed by an equally divided court February 14, 2002

STATE OF OREGON,
*Petitioner on Review,*

*v.*

ROBERT JAMES ROHRS, SR.,
*Respondent on Review.*

(CC TC96-15055; CA A97743; SC S46152)

40 P3d 505

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

John Henry Hingson III, Oregon City, argued the cause and filed the brief for respondent on review.

Before Carson, Chief Justice, and Gillette, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court.

---

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, J., resigned June 14, 2001, and did not participate in the consideration or decision of this case; Riggs, De Muniz, and Balmer, JJ., did not participate in the consideration or decision of this case.